Ryan Lee (SBN: 235879)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd. Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400 x241
Fax: 866-583-3695
rlee@consumerlawcenter.com
Attorneys for Plaintiff,
STEVE ZENONE

**UNITED STATES DISTRICT COURT,**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| STEVE ZENONE, | Case No.: 5:09-cv-03830-HRL |
| Plaintiff, | **VOLUNTARY DISMISSAL** |
| v. | |
| UNITED RECOVERY SYSTEMS, LP | |
| Defendant. | |

### **VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff, STEVE ZENONE, by and through his attorneys, KROHN & MOSS, LTD., hereby voluntarily dismisses the above-entitled case with prejudice.

Dated: November 11, 2009                                     KROHN & MOSS, LTD.

                                                                                    By: /s/ Ryan Lee
                                                                                    Ryan Lee
                                                                                    Attorneys for Plaintiff,
                                                                                    STEVE ZENONE

- 1 -

Voluntary Dismissal

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25